UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

SCOTT ALLEN PUFAHL
    Plaintiff,

v.    No. 1:14-0012
    CHIEF JUDGE HAYNES

JIMMY BROWN, et al.
    Defendants.

## MEMORANDUM

Plaintiff, Scott Allen Pufaul, an inmate at the Lawrence County Detention Center in Lawrenceburg, Tennessee, filed this pro se action under 42 U.S.C. § 1983 against the Defendants: Jimmy Brown, Sheriff of Lawrence County; and the Lawrence County Detention Center; seeking damages.

Plaintiff assert claims arising from conditions of his confinement at the Lawrence County jail. More specifically, Plaintiff alleges that medical care at the Lawrence County Detention Center is inadequate. In addition, Plaintiff avers that he has been denied toilet paper on at least one occasion and that inmates are not allowed a sufficient number of recreational opportunities.

The Defendants are named only in their official capacities only and the actual Defendant is Lawrence County that employs the Defendants. Kentucky v. Graham, 473 U.S. 159, 166 (1985) ("an official capacity suit is, in all respects other than name, to be treated as a suit against the entity.") A claim of governmental liability requires a factual allegation that the misconduct complained of is caused by a policy, statement, regulation, decision or custom promulgated by Lawrence County or

the Lawrence County Sheriff. Brandon v. Holt, 469 U.S. 464, 471-72 (1985) Monell v. New York City Department of Social Services, 436 U.S. 658 (1978).

Plaintiff has not alleged specific facts to suggest that his rights have been violated pursuant to a policy or regulation of Lawrence County. Plaintiff alleges only isolated and episodic events. The attachments to Plaintiff's complaint reflects that in each instance that Plaintiff complained the assigned jailor responded favorably or an inquiry was made. Thus, the Court concludes Plaintiff has failed to state a claim against the Defendants acting in their official capacities.

In the absence of an actionable claim, the Court is obliged to dismiss the complaint *sua sponte*. 28 U.S.C. § 1915(e)(2).

An appropriate Order is filed herewith.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court